PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name: **Busto**, **Chad** (M) **Michael**
LAST, FIRST, MIDDLE INITIAL

Prisoner Number: **909-454-7558 (phone #)**

Institutional Address: **On Behalf of Prisoners All over the World, I can Prove We ARE Everyone in Jail, Prison + Detention Camps Right Now!**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
Mar 04 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**C. M. Busto**

Petitioner,

vs.

**The United States of America**

Respondent(s). **(All 331 million of us)**

Case Number: 3:21-cv-1553-JSC (PR)
(Provided by the clerk upon filing)

PETITION FOR A WRIT OF HABEAS CORPUS

I. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

A. What sentence are you challenging in this petition? **All Sentences (Fraud + Deception + False Conviction! All Federal Offenses)**

1. Name and location of court that imposed sentence (for example: Alameda County Superior Court, Oakland):
2. Court **Every Court in America (you have Jurisdiction, your Honor)**
3. Location **America (then the world, then Heaven)**
4. Case number, if known **Every Case on Earth (Starting Here)**
5. Date and terms of sentence **All Current Sentences**
6. Are you now in custody serving this term? ("In custody" means in jail, on parole or probation, etc.) ................ YES NO **Both**

If yes, provide name and address of institution: *All Institutions in America — Jails, Prisons (Fed. + State) + Detention Camps !!*

B. For what crime were you given this sentence?

*Note:* If your petition challenges a sentence for more than one crime, list each crime separately using California Penal Code numbers, if known. If you are challenging more than one sentence, you should file a different petition for each sentence.

*I was Born by Force — My Parents Are More Guilty For My Entire Existence as TWO HUMANS, Than the One (Sort of) Human I Am Generally Considered to Be!*

C. Did you have any of the following proceedings?

Arraignment: ..... **YES** NO
Preliminary Hearing: ..... **YES** NO
Motion to Suppress: ..... **YES** NO

D. How did you plead? ..... **Guilty** **Not Guilty** **Nolo Contendere**

Any other plea (specify) *WE ARE EVERYTHING*

E. If you went to trial, what kind of trial did you have? *WE ARE EVERY TRIAL EVER*

**Jury**   **Judge alone**   **Judge alone on a transcript**

F. Did you testify at your trial? ..... **YES** NO

G. Did you have an attorney at the following proceedings:

1. Arraignment ..... **YES** NO
2. Preliminary hearing ..... **YES** NO
3. Time of plea ..... **YES** NO
4. Trial ..... **YES** NO
5. Sentencing ..... **YES** NO
6. Appeal ..... **YES** NO
7. Other post-conviction proceeding ..... **YES** NO

H. Did you appeal your conviction? ..... **YES** NO

1. If you appealed, to what court(s) did you appeal? *All Appeals that have occurred, ever.*

*(actually, ALL of US Are All of Us!)*

*WE ARE EVERYTHING AND EVERYONE ARROUND US ALL DAY LONG!*

(this is an Appeal)

1. Court of Appeal................................................. YES  Year:_____  NO
   Result: __Still Pending__

   Supreme Court of California........................... YES  Year:_____  NO
   Result: __Still Pending__

   Any other court................................................ YES  Year:_____  NO
   Result: __Still Pending__

2. If you appealed, were the grounds the same as those that you are raising in this petition?........................................................... YES  NO

3. Did the court issue an opinion?................................. YES  NO

4. Did you seek permission to file a late appeal under Rule 31(a)?..... YES  NO

   If you did, give the name of the court and the result: __All Courts Some Negative, Some Positive, Still Pending__

I. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?................. YES  NO

*Note:* If you previously filed a petition for a writ of habeas corpus in federal court challenging the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the U. S. Court of Appeals for the Ninth Circuit for an order authorizing this court to consider this petition. You may not file a second or successive federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. § 2244(b).

I am All Previous petitions ever filed

If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space. (I am Reality,

1. Name of court: __All courts filed in.__
   Type of proceeding: __Complicated / Simple__    this form is
   Grounds raised (be brief but specific):   reality.
   a. __False Witness by Humanity At Large__
   b. __Misunderstanding Who we Are__
   c. __Languages Illegal (makes All court proceedings Illegal__
   d. __False Identity ; (Everyone is__  For Last
   Result: __Convictions ; Falsely__ Everyone  Date of result: __2000__
   Still Pending      If prisoners All Dates  years
                      were
PETITION FOR A WRIT OF HABEAS CORPUS (rev. 8/2015)  convicted as
page 3 of 6      If they were only 1 person and Not anyone (at least

2. Name of court: __All courts__

    Type of proceeding: __All previous proceedings__

    Grounds raised (be brief but specific):

    a. _____
    b. _____
    c. _____
    d. _____

    Result: _____ Date of result: _____

3. Name of court: _____

    Type of proceeding: _____

    Grounds raised (be brief but specific):

    a. _____
    b. _____
    c. _____
    d. _____

    Result: _____ Date of result: _____

4. Name of court: _____

    Type of proceeding: _____

    Grounds raised (be brief but specific):

    a. _____
    b. _____
    c. _____
    d. _____

    Result: _____ Date of result: _____

J. Is any petition, appeal or other post-conviction proceeding now pending in any court?

............................................................................................ (**YES**)   NO

Name and location of court: __All Appeals currently pending in All Courts Everywhere!__

PETITION FOR A WRIT OF HABEAS CORPUS (rev. 8/2015)
page 4 of 6

*I can prove Everyone on Earth right now is Existence and therefore is the thing that committed every crime EVER!*

## II. GROUNDS FOR RELIEF

State briefly every reason why you believe you are being confined unlawfully. Give facts to support each claim. For example, what right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you need more space. Answer the same questions for each claim. *(I have attached proof)*

*Note:* You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 USC § 2244(b); *McCleskey v. Zant*, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).

**Claim One:** *I have the Identity of Being Everything + Everyone. That means I am Everything + Everyone.*

**Supporting facts:** *IF I AM YOU AND YOU ARE ME then*

**Claim Two:** *When we convict, we convict (falsely) that the person convicted is one human And ONLY ONE HUMAN And Not the other humans + things around them, WHEN THEY ARE!!*

**Supporting facts:** *If I'm the only one that goes to*

**Claim Three:** *Prison, but you Also Did the crime it was a FALSE CONVICTION!!!*

**Supporting facts:**

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why: *Everyone is Everyone; If one of us (Reality) Does something, WE ALL DO IT! WE ARE ALL THE U.S.A.!!!*

1  _____
2  _____
3  List, by name and citation only, any cases that you think are close factually to yours so that they
4  are an example of the error you believe occurred in your case. Do not discuss the holding or
5  reasoning of these cases: _Any cases of Mistaken Identity_
6  _____
7  _____
8  _____   I need help + assistance
9  Do you have an attorney for this petition?..................................................YES  NO  being appointed Counsel
10 If you do, give the name and address of your attorney: _____  but I
11 _____   am also
12                                  decent
13 WHEREFORE, petitioner prays that the court grant him/her the relief to which he/she may be  at
14 entitled in this action. I verify under penalty of perjury that the foregoing is true and correct.  proving
15 Executed on:                                                                                      it
16     __2/24/21__            __Me__                                                                 myself
         Date                 Signature of Petitioner
17
18
19  Approved  TX  4:21-cv-00343         In
20                                      Person
21
22  Pending  CA (San Diego)  21CV277
23
24  SAN FRAN        2 claims
25  SUPERIOR        For May
26  COURT
27
28

PETITION FOR A WRIT OF HABEAS CORPUS (rev. 8/2015)
page 6 of 6