UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. M. BUSTO,<br>　　　　　　Plaintiff,<br>　　v.<br>UNITED STATES OF AMERICA,<br>　　　　　　Defendant. | Case No. 21-cv-02641-SK<br><br>**SUA SPONTE ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Edward M. Chen to determine whether it is related to *Busto v. United States of America*, Case No. 21-cv-01553-EMC.

**IT IS SO ORDERED**.

Dated: April 14, 2021

*[signature]*

SALLIE KIM
United States Magistrate Judge