Sus[FILED] please contact me personally via email at bchad4215@gmail.com and think that (I, as a fellow human, worth at least one meeting.)

FILED
APR 15 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Edward - To so easily dismiss (to do so at all) another (two) federal judges judgment is foolish and unwise. Please contact me at bchad4215@gmail.com and we can go through the evidence together.

| Year | Date | Country | State | Description |
|---|---|---|---|---|
| | | | | next to his propane tank, crashes, catches fire |
| | | | | ...is dyer and catches on fire |
| 2020 | 1-Apr-20 | USA | OH | Tesla drove off road into tree |
| 2020 | 8-Mar-20 | USA | GA | Motorcyclist rear ends Tesla |
| 2020 | 4-Mar-20 | Netherlands | | Three car collision |
| 2020 | 24-Feb-20 | Canada | | Tesla drives off cliff |
| 2020 | 31-Jan-20 | USA | FL | Nissan in front of Tesla loses control |
| 2020 | 21-Jan-20 | Germany | | Sudden unintended acceleration kills store |
| 2020 | 19-Jan-20 | Taiwan | | Tesla t-bones sedan, kills pedestrian |
| 2020 | 18-Jan-20 | USA | CA | Tesla strikes sign, burns |
| 2020 | 5-Jan-20 | USA | NV | Tesla runs red, strikes car, burns |
| 2020 | 4-Jan-20 | USA | FL | Tesla strikes Mercury |
| 2019 | 29-Dec-19 | USA | IN | Tesla rear ends parked fire truck |
| 2019 | 29-Dec-19 | USA | CA | Tesla runs red light after exiting freeway |
| 2019 | 23-Dec-19 | Slovenia | | Drunk driver strikes Tesla |
| 2019 | 19-Dec-19 | USA | FL | Police SUV strikes Tesla |
| 2019 | 11-Dec-19 | USA | CA | Tesla strikes turning Lexus |
| 2019 | 10-Dec-19 | USA | NV | Kia rear ends Tesla |
| 2019 | 1-Dec-19 | USA | TX | Struck Ford veers into Tesla's lane |
| 2019 | 24-Nov-19 | Taiwan | | Tesla strikes divider, driver falls to death |
| 2019 | 22-Nov-19 | USA | CA | Tire strikes Tesla |
| 2019 | 21-Nov-19 | USA | CA | Tesla kills pedestrian |
| 2019 | 20-Nov-19 | USA | FL | Tesla turns into oncoming traffic |





3-EMC Document 11 Filed 04/1

**STAGE 1** — Vespiquen — 90 HP
Evolves from Combee

NO. 416 Beehive Pokémon HT: 3'11" WT: 84.9 lbs.

**Intelligence Gathering** — 10
You may draw cards until you have 6 cards in your hand.

**Bee Revenge** — 20+
This attack does 10 more damage for each Pokémon in your discard pile.

weakness ×2  resistance

*Its abdomen is a honeycomb for grubs. It raises its grubs on honey collected by Combee.*

retreat

©2015 Pokémon

Illus. kawayoo   10/98



3-EMC Document 11 Filed 04/1



# Forest of Giant Plants



Each player's 🌿 Pokémon can evolve during his or her first turn or the turn he or she plays those Pokémon.

This card stays in play when you play it. Discard this card if another Stadium card comes into play. If another card with the same name is in play, you can't play this card.

©2015 Pokémon

Illus. Ryo Ueda  74/98

BASIC

# Entei

HP 120

NO. 244 Volcano Pokémon HT: 6'11" WT: 436.5 lbs.

**Burning Roar**

Discard the top 4 cards of your deck. If any of those cards are Energy cards, attach them to your Pokémon in any way you like.

**Combat Blaze** 20+

This attack does 20 more damage for each of your opponent's Benched Pokémon.

weakness ×2

resistance

retreat

*It is said that when it roars, a volcano erupts somewhere around the globe.*

Illus. Naoki Saito 14/98★

©2015 Pokémon





